UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN BURNS and ISMAEL DOMINGUEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTRA USA CORPORATION d/b/a BACÀN, MASSIMO CERRELLI, VALENTINA ROSTICCI, and ALESSIO DI GIUSEPPE, in their individual and professional capacities,<br><br>Defendants. | Case No.: 1:25-cv-02688-CBA-MMH<br><br>**CERTIFICATE OF DEFAULT** |

    I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that Plaintiffs commenced this action on May 13, 2025, with the filing of a Summons and Complaint. ECF No. 1. On May 28, 2025, Plaintiffs served Defendant Nextra USA Corporation d/b/a Bacàn ("Defendant" or "Bacàn"), by personally serving the Secretary of State located at 99 Washington Avenue, Albany, NY 12231-0001 and Plaintiffs filed proof of service on June 3, 2025. *See* ECF No. 5. The docket entries further show that Bacàn has neither answered nor moved with respect to the Complaint, and that the time to answer the Complaint or to so move has expired.

    The default of Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

       June 24, 2025                                           BRENNA B. MAHONEY,
                                                                           CLERK OF THE COURT

                                                                           By: *Jalitza Poveda*
                                                                                 Deputy Clerk