

From the Desk of Almerinda Centore-Sitaras, Esq.
Email: alma@sitaraslaw.com
Bar Admissions: New York -Italy

June 26, 2025

**VIA ECF**
Hon. Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:** *MORGAN BURNS and ISMAEL DOMINGUEZ, on behalf of themselves and others vs. Nextra USA Corp. et al.*
           **1:25-cv-02688-CBA-MMH**

Dear Judge Amon:

    We represent Defendants Nextra USA Corporation d/b/a Bacàn ("Nextra"), Massimo Cerrelli ("Massimo"), Valentina Rosticci ("Valentina"), and Alessio Di Giuseppe ("Alessio," and together with Nextra, Massimo, and Valentina, the "Defendants") in the above-referenced action.

    We respectfully write to request that:

    1)    the Certificate of Default against Defendant Nextra dated June 24, 2025, be vacated; and

    2)    That Defendants be granted an extension of time to respond to the Complaint through and including **August 4, 2025**. Defendant Nextra's current deadline to respond to the complaint was June 18, 2025, while the current deadline for Defendants Massimo, Valentina, and Alessio is July 15, 2025.

    Plaintiffs have agreed and consented to the requests set forth above. Enclosed hereto as Exhibit 1 is a copy of the fully executed stipulation between the parties.

    The extension is necessary as the individual Defendants reside in Italy, and additional time is required to coordinate representation and review the relevant documentation in order to prepare a response to the Complaint. There has been no previous request for an adjournment of this deadline.

                                             Respectfully submitted,

cc: All Counsel (via ECF)                      Almerinda Centore Sitaras

# EXHIBIT "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN BURNS and ISMAEL DOMINGUEZ, on behalf of themselves and others similarly situated,<br><br>                  Plaintiffs,<br><br>                  v.<br><br>NEXTRA USA CORPORATION d/b/a BACÀN, MASSIMO CERRELLI, VALENTINA ROSTICCI, and ALESSIO DI GIUSEPPE, in their individual and professional capacities,<br><br>                  Defendants. | Case No.: 1:25-cv-02688-CBA-MMH<br><br>**STIPULATION TO VACATE CERTIFICATE OF DEFAULT AND TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** |

**WHEREAS**, on May 13, 2025, Plaintiffs Morgan Burns and Ismael Dominguez ("Plaintiffs"), on behalf of themselves and others similarly situated, initiated this action against Defendants Nextra USA Corporation d/b/a Bacàn ("Nextra"), Massimo Cerrelli ("Massimo"), Valentina Rosticci ("Valentina"), and Alessio Di Giuseppe ("Alessio" collectively with Nextra, Massimo and Valentina "Defendants"), by filing a Complaint (*see* ECF No. 1);

**WHEREAS**, Defendant Nextra ' deadline to answer or otherwise move with respect to the Complaint was June 18, 2025;

**NOW, WHEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that:

1) Undersigned Counsel for Defendants hereby accepts service of the Complaint on behalf of all Defendants;

2) Plaintiffs consent to Defendants' request to vacate any default currently entered against any Defendant in this action including, but not limited to, the Certificate of Default entered against Defendant Nextra on June 24, 2025; and

1

3) Defendants' deadline to answer, move, or otherwise respond to the Complaint shall be extended by 45 days from June 18, 2025 through and including August 4, 2025.

| | |
|---|---|
| Dated: June 26, 2025<br>New York, New York | Dated: June 26, 2025<br>New York, New York |
| **FARUQI & FARUQI, LLP** | **SITARAS & ASSOCIATES, PLLC** |
| By: *Innessa M. Huot*<br>　　　Innessa M. Huot | By: *Almerinda Centore-Sitaras*<br>　　　Almerinda Centore- Sitaras, Esq. |
| 685 Third Avenue, 26th Floor<br>New York, New York 10017<br>Tel: 212-983-9330<br>Fax: 212-983-9331<br>ihuot@faruqilaw.com | 200 Liberty Street, 27th Floor<br>New York, New York 10281<br>Tel.: (212) 430-6410<br>Fax: (917) 677-8276<br>alma@sitaraslaw.com |
| *Attorneys for Plaintiffs, the Proposed FLSA Collective, and the Proposed NYLL Class* | *Attorneys for Defendants* |

2