UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN BURNS and ISMAEL DOMINGUEZ, on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>NEXTRA USA CORPORATION d/b/a BACÀN, MASSIMO CERRELLI, VALENTINA ROSTICCI, and ALESSIO DI GIUSEPPE, in their individual and professional capacities,<br><br>                Defendants. | Case No.: 1:25-cv-02688-CBA-MMH |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Almerinda Centore-Sitaras, Esq, of SITARAS & ASSOCIATES, PLLC hereby appears in the above-named caption proceeding on behalf of defendants Nextra USA Corporation d/b/a Bacàn, Massimo Cerrelli, Valentina Rosticci, and Alessio Di Giuseppe (collectively, "Defendants"), and that the undersigned counsel has been retained as attorneys for said defendants and demand that all papers in this proceeding be served upon the undersigned at the office and post office addressed stated below.

      Dated:  June 27, 2025
                  New York, New York

**SITARAS & ASSOCIATES, PLLC**

By: *[signature]*
     Almerinda Centore Sitaras, Esq.
200 Liberty Street, 27th Floor
New York, New York 10281
Tel.: (212) 430-6410
Fax: (917) 677-8276
alma@sitaraslaw.com

*Attorneys for Defendants*

1