# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| MORGAN BURNS, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02688-CBA-MMH |
| NEXTRA USA CORPORATION d/b/a BACÀN, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, the Proposed FLSA Collective, and the Proposed NYLL Class            .

Date:     08/05/2025

/s/ Alexa N. Salazar
*Attorney's signature*

Alexa N. Salazar (#5843446)
*Printed name and bar number*

Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

*Address*

asalazar@faruqilaw.com
*E-mail address*

(212) 983-9330
*Telephone number*

(212) 983-9331
*FAX number*