AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| MORGAN BURNS, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| NEXTRA USA CORPORATION d/b/a BACÀN, et al., | ) |
| *Defendant* | ) |

Case No.    1:25-cv-02688-CBA-MMH

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, the Proposed FLSA Collective, and the Proposed NYLL Class                                   .

Date:    09/17/2025

/s/ Shawn R. Clark
*Attorney's signature*

Shawn R. Clark (#SC6015)
*Printed name and bar number*

Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

*Address*

sclark@faruqilaw.com
*E-mail address*

(212) 983-9330
*Telephone number*

(212) 983-9331
*FAX number*