# EXHIBIT A

16:19 Gate 6

+1 (347) 430-0650
last seen today at 16:13

escribí esto el dueño   13:25

Good morning, everyone.

As the ownership, I have decided to release this document as a guide for all those who are currently working and will work on this project in the future.

Bacan will soon evolve into a reality that can become a reference point in NYC. We will finance the project and implement a cost management plan that will allow us to fully express our vision and objectives.

The rules will be as follows:
    •    Due to lower revenues, from now on, the ownership will decide the weekly schedule regarding employee shifts and related costs.
    •    Monday will be a closing day.
    •    Payrolls will be paid every Monday.
    •    Regarding outstanding payments, today the ownership will issue a bank transfer to settle what is owed to you.
    •    The kitchen manager must

is owed to you.
• The kitchen manager must inform the General Manager (Valentina) weekly about the inventory restocking, which will be handled directly by the ownership.
• There will be a significant increase in the stock of wines (regular, natural, and non-alcoholic) and spirits to decisively boost beverage sales and, consequently, revenue.
• To enhance communication effectiveness, it will be necessary to send photographic contributions of the venue's activities and the dishes offered to the relevant agency.
• A major interior and exterior restyling will soon begin, creating a more inviting and welcoming atmosphere.
• There will be significant innovations that will give Bacan new momentum, for which the ownership is already financing and organizing a grand opening.
In order to achieve all this, I ask for everyone's collaboration, as it is our intention to financially reward



more inviting and welcoming atmosphere.

- There will be significant innovations that will give Bacan new momentum, for which the ownership is already financing and organizing a grand opening.

In order to achieve all this, I ask for everyone's collaboration, as it is our intention to financially reward all those who actively contribute to the project.

If anyone does not agree with the rules outlined below, they are free to leave their employment. It is important that you are aware that the ownership has already initiated a recruiting process to replace any employees who choose to terminate their working relationship.

I apologize to all current employees for the delays in payments, which were caused by the debt situation irresponsibly created and transferred by the former General Manager, Mr. Nicola Donà. A legal review with the judicial authorities of NYC is imminent regarding this

