# EXHIBIT B

Case 1:25-cv-02688-CBA-MMH   Document 18-2   Filed 09/29/25   Page 1 of 2 PageID #: 146

**Valentina Rosticci**

Ismael, I suggest that you all stick to the schedule we provide and avoid taking initiative with extra hours, as we simply can't pay for them. Unfortunately, this is the situation. It's better to earn a bit less while respecting our working hours than to risk closing and no one getting paid at all.
11:22 a. m.

Ismael, if you do as we indicate, everything will surely change soon and you will always be paid 100% on time, but you need to follow what the management says, please. Also, Ismael, I am tired of receiving messages now from Cristina, from Placida, who are scolding me for having authorized a schedule different from yours, for not paying them. I am tired of receiving continuous complaints and accusations from the staff, when I was very clear about the hours you need to work. Now you need to respond to your staff, because you decided to make them work more hours, when Massimo and I told you they should start their shift when the business opens.
11:29 a. m.

Mirko spoke whit massimo about it and I told him.so many times spoke whit massimo about
11:33 a. m. ✓