# EXHIBIT C

**Cerrelli & Valentina**

**Valentina Rosticci**

Good morning, Morgan,

Apologies for forwarding this to you, but this is at the request of the management.

Massimo has engaged a recruiting agency to identify candidates for the Bacan team, but he believes you are the right person to take on the role of Focal Point in place of Luis.

The conditions are as follows:
• Hourly wage as per law for 35 hours, plus tips;
• You would have another bartender/server (not Luis) and an additional server on busier days;
• Immediate payment for the past week's work and a specific bank transfer for any outstanding amounts;
• From now on, compensation will be paid on the Monday/Tuesday following the workweek;