# EXHIBIT D

Hey



**Valentina Rosticci**

Ismael and Luis, starting this week you are kindly asked to follow this schedule. Any extra hours will not be compensated in any way.

10:52 a. m.

**Valentina Rosticci**

| STAFF | MON | TUE | WED | THU | FRI | SAT | SUN | TOTAL HOURS | $ | PAYROLLS TAX |
|---|---|---|---|---|---|---|---|---|---|---|
| CHEF | CLOSED | 17/22 | 17/22 | 17/22 | 17/22 | 11/14-15/22 | 11/18 | 36 | 1.000 | |
| PREPARATRICE | CLOSED | | | 17,30/22,30 | 17,30/22,30 | 11,30/15-16/22,30 | 11,30/18,30 | 27 | 445 | |
| DISHWOSHER | CLOSED | 18/22 | 18/22 | 18/22 | 18/22 | 12/15-16/22 | 12/18 | 31 | 512 | |
| BARTENDER | CLOSED | 17,30/22,30 | 17,30/22,30 | 17,30/22,30 | 17,30/22,30 | 11,30/14-15/22,30 | | 30 | 495 | 203 |
| FOH 1 | CLOSED | | | 18/22 | | 12/15-16/22 | | 13 | 160 | 66 |
| FOH 2 | CLOSED | 18/22 | 18/22 | | 18/22 | | 11/18 | 19 | 237 | 98 |
| FOH 3 | CLOSED | | | | 18/22 | 18/22 | 11,30/18,30 | 15 | 176 | 72 |
| | | | | | | | | | 2.849 | |
| | | | | | | | | | | 3.216 |

10:52 a. m.

Thanks to all for your support 

10:52 a. m.