# EXHIBIT E

Case 1:25-cv-02688-CBA-MMH   Document 18-5   Filed 09/29/25   Page 1 of 5 PageID #: 152



**Bacàn Captains**
Alessio Owner Italia, Luisi…

Hoy

**Valentina Rosticci**
Good morning everyone,

Below is the schedule we are proposing for the staff for March and April, to be discussed together during today's call:
• Chef Ismael: $1,000 per week (7 days, 36 hours), total per month: $4,000
• Line Cook Pedro: 18 hours from Friday to Sunday, $297 per week, $1,188 per month ($16.50 per hour)
• Prep/Dishwasher Jorman: $660 per week (36 hours in the kitchen, 2 shifts of 2 hours for cleaning), $2,640 per month ($16.50 per hour)
• Bartender Luis: $800 per week, $3,200 per month (works 5 days per week) + tips
• Server Morgan: 28 hours per week ($11 per hour when working from 4 PM to 10 PM, and 8 hours at $16.50 per hour when working from 12 PM to 4 PM), $440 per week, $1,760 per month + tips
• Second Server (Daniel??): 4 hours on … **Leer más**

8:23 a. m.

Sorry can we postponed the meeting at 12pm sorry a have emergency family my daughter from the school sorry about it… at 12pm time new York please 🙏

9:10 a. m



**Bacàn Captains**
Alessio Owner Italia, Luisi...

**Valentina Rosticci**
I can't Ismael   9:13 a. m.

**Alessio Owner Italia**
@Love Is The Answer really you don't have any possibility to jump in the call at 10:00?   9:14 a. m.

**Valentina Rosticci**
It's a very important call, but it won't be long. Can you manage between 9:30 at 10 AM NY time, and then we'll let you go?   9:15 a. m.

Can we postponed for tomorrow I can't I don't really know the situation I'm on the way to the school right now I'm on the subway....so sorry about this convenient   9:17 a. m.

**Valentina Rosticci**
@Luisitooo Bacan Capitano 😂 Let's start with a call between the three of us at 3:15 PM Italian time, 10:15 AM NY time, for about 45 minutes, and then we'll wrap up tomorrow with Ismael.   Editado 9:30 a. m.

**Alessio Owner Italia**
Ok   9:31 a. m.

At that time 3:15pm I'm be free   9:38 a. m.



